Exhibit 1

|    | Plaintiff              | Original Civil Action | Second Civil Action |
|----|------------------------|-----------------------|---------------------|
| 1  | Abarca, Edgar          | 06cv1648              | 07cv1550            |
| 2  | Aguilar, Luis          | 06cv12701             | 07cv1553            |
| 3  | Alvarracin, Jose       | 06cv14456             | 07cv1556            |
| 4  | Annunziato, Phillip    | 06cv14466             | 07cv1557            |
| 5  | Arbelaez, Fabio        | 05cv10747             | 07cv1558            |
| 6  | Arias, Julio           | 06cv1340              | 07cv1559            |
| 7  | Aristizabal, Enid      | 06cv4377              | 07cv1560            |
| 8  | Avila, Cesar           | 06cv1588              | 07cv1563            |
| 9  | Bajguz, Aleksander     | 06cv2528              | 07cv1566            |
| 10 | Banda, Ivan            | 06cv14483             | 07cv1567            |
| 11 | Banda, Nestor          | 06cv14484             | 07cv1568            |
| 12 | Benitez, Luis          | 06cv13799             | 07cv1570            |
| 13 | Calero, Ivan           | 06cv1650              | 07cv1575            |
| 14 | Campuzano, Consuelo    | 06cv14529             | 07cv1579            |
| 15 | Cardenas, Edison       | 06cv14533             | 07cv1580            |
| 16 | Claret, Cecilia        | 06cv14554             | 07cv1591            |
| 17 | Colucci, Christopher   | 06cv14564             | 07cv1592            |
| 18 | Criollo, Jose          | 05cv1104              | 07cv1547            |
| 19 | Deleon, Isabel         | 06cv14593             | 07cv1600            |
| 20 | Dutan, Elvia           | 06cv5504              | 07cv1606            |
| 21 | Encalada, Jorge        | 05cv10737             | 07cv1607            |
| 22 | Flynn, James           | 06cv14652             | 07cv1610            |
| 23 | Gallo, Juan            | 06cv14670             | 07cv1614            |
| 24 | Garcia, Jose           | 06cv2218              | 07cv1616            |
| 25 | Garcia, Viviana        | 06cv14671             | 07cv1617            |
| 26 | Gomez, Gildardo        | 06cv2285              | 07cv1621            |
| 27 | Hernandez, Robert      | 06cv14719             | 07cv1624            |
| 28 | Hurtado, William       | 06cv10781             | 07cv1625            |
| 29 | Idrovo, Edgar          | 06cv11025             | 07cv1627            |
| 30 | Kowalczyk, Adam        | 06cv2252              | 07cv1642            |
| 31 | Kukacki, Kazimierz     | 06cv14781             | 07cv1643            |
| 32 | Lopez, Milton          | 06cv14805             | 07cv1653            |
| 33 | Maldonado, Mariana     | 06cv1786              | 07cv1656            |
| 34 | McCann, James          | 06cv14847             | 07cv1660            |
| 35 | Mendez, Edgar          | 05cv1180              | 07cv1663            |
| 36 | Moreno, Sandra         | 06cv14901             | 07cv1670            |
| 37 | Narvaez, Carlos        | 06cv2221              | 07cv1672            |
| 38 | Ocampo, Orlando        | 05cv9161              | 07cv1673            |
| 39 | Pachay, Maximo         | 05cv9041              | 07cv1678            |
| 40 | Padilla, Carmen        | 05cv9822              | 07cv1679            |
| 41 | Pena, Gabriel          | 05cv1385              | 07cv1681            |
| 42 | Pina, Napoleon         | 06cv12413             | 07cv1685            |
| 43 | Polo, Jose             | 05cv1418              | 07cv1686            |
| 44 | Porowski, Piotr        | 06cv3850              | 07cv1687            |
| 45 | Reyes, Angel           | 06cv14998             | 07cv1691            |
| 46 | Rivera, Sonia          | 06cv6234              | 07cv1692            |
| 47 | Robles, Maria          | 06cv11257             | 07cv1693            |
| 48 | Rodriguez, Rosa        | 06cv845               | 07cv1695            |

Exhibit 1

| | | | |
|---|---|---|---|
| 49 | Rojas, Mario | 06cv5786 | 07cv1697 |
| 50 | Savage, Gertrudis | 05cv9951 | 07cv1701 |
| 51 | Sumba, Samuel | 05cv1783 | 07cv1710 |
| 52 | Valenzuela, Mario | 06cv14159 | 07cv1718 |
| 53 | Villafuerte, Julio | 06cv1652 | 07cv1724 |
| 54 | Vivar, Rosa | 06cv997 | 07cv1726 |

Case 1:06-cv-14593-AKH    Document 7-2    Filed 10/11/2007    Page 2 of 2

Exhibit 1